UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| KIMBERLY CANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:10-cv-00114-WYD |
| | ) |
| SCOTT LOWERY LAW OFFICES, P.C., | ) |
| | ) |
| | ) |
| Defendant. | ) |

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KIMBERLY CANNON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: April 1, 2010              KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager                 _
    Nicholas J. Bontrager, Esq.
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd. Suite 401
    Los Angeles, CA 90025
    Ph: (323) 988-2400; Fx: (866) 802-0021
    Attorneys for Kimberly Cannon